Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only___

FILED
CLERK, U.S. DISTRICT COURT
APR 3 0 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND K. YI, | Case No. EDCV 10-0565-AG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KATHLEEN GREEN, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 30, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE